Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiff Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JB VIVA VEGAS, L.P.,<br><br>Defendant. | CASE NO.: 2:19-cv-00499-JAD-CWH<br><br>**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH FRCP 26(F)(3) AND LR 26-1**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |
| JB VIVA VEGAS, L.P.,<br><br>Counterclaimant,<br><br>vs. | |

19459122

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,

Counterdefendant.

Pursuant to Federal Rule of Civil Procedure 26(f)(3) and Local Rule 26-1, Plaintiff Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust ("Plaintiff") by and through their attorneys of record at Brownstein Hyatt Farber Schreck, LLP, and Defendant JB Viva Vegas, L.P.'s ("Defendant") hereby submit the following special discovery plan and scheduling order.

This matter is an action for judicial review of an arbitration award related to a withdrawal liability dispute pursuant to Multiemployer Pension Plan Amendments Act of 1980, and specifically 29 U.S.C. § 1401(b)(2). The parties' counsel conferred on June 24, 2019, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a), and agreed that the only deadlines needed in this case were dispositive motion deadlines. The parties also met and conferred about the settlement possibilities, but unfortunately resolution was not achieved.

The parties therefore agreed on the following briefing schedule:

1. The parties shall have until Monday, August 26, 2019, to file dispositive motions.

2. The parties shall have until Monday, September 16, 2019, to file oppositions to dispositive motions.

///

///

19459122

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3. The parties shall have until Monday, September 30, 2019, to file replies in support of dispositive motions.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | AKIN GUMP STRAUSS HAUER & FELD, LLP |
|---|---|
| /s/ Christopher M. Humes | /s/ Eric Field |
| Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>Christopher M. Humes, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: asegal@bhfs.com<br>Email: bcloveland@bhfs.com<br>Email: chumes@bhfs.com | Eric Field, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street N.W.<br>Washington, DC 20006<br>Telephone: (202) 887-4146<br>Facsimile: (202) 887-4288<br>Email: efield@akingump.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: July 8, 2019. | Dated: July 8, 2019. |

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT/MAGISTRATE JUDGE**
**DATED:** July 11, 2019

**CASE NO.** 2:19-cv-00499-JAD-CWH

19459122

3