Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiff Nevada Resort Association-
International Alliance of Theatrical Stage Employees
and Moving Picture Machine Operators of the United
States and Canada Local 720 Pension Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JB VIVA VEGAS, L.P.,<br><br>Defendant. | CASE NO.: 2:19-cv-00499-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |
| JB VIVA VEGAS, L.P.,<br><br>Counterclaimant,<br><br>vs. | |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

| | |
|---|---|
| NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST, | |
| Counterdefendant. | |

Plaintiff Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust (the "Trust") and Defendant JB Viva Vegas, L.P. ("JB") (collectively "the Parties") hereby stipulate and request an order extending the deadline from October 11, 2019, to October 25, 2019, to file the parties' respective oppositions to motions for summary judgment.

On July 8, 2019, the Parties jointly submitted a proposed scheduling order requesting a special scheduling review, in which the Parties agreed that only dispositive motions were needed in this case. (ECF No. 15.) On July 11, 2019, this Court granted the Parties' proposed scheduling order and scheduled dispositive motions to be filed by August 26, 2019. (ECF No. 16.)

On August 15, 2019, the Parties stipulated and filed their first request to extend the dispositive motion deadline. (ECF No. 21.) The Court granted their request. (ECF No. 22, filed Aug. 19, 2019.) On September 3, 2019, the Parties stipulated and filed a second request to extend the dispositive motion deadline until September 20, 2019. (ECF No. 23). The Court also granted this request. (ECF No. 24, filed Sep. 5, 2019.) On September 20, 2019, the Parties filed their respective Motions for Summary Judgment. (ECF Nos. 25 and 26.)

The Parties now respectfully request an extension of two weeks to submit Oppositions and Replies related to the Motions for Summary Judgment. The Parties' counsel's professional obligations have been unusually demanding, and some of the obligations were unforeseen. Moreover, MPPAA, the associated withdrawal liability rules and the issues present in this case are notably complex. Both Parties request the extension so to accurately and fully respond to the arguments presented to this Court. While the Parties understand that they have received extensions to the briefing schedule in the past, this case only requires dispositive motions, and the

19795510                                                   2

Parties therefore agree that neither Party will be prejudiced by the small amount of additional time.

The parties therefore jointly and respectfully request that the Court approve the following amended briefing schedule:

1. The Parties shall have until Friday, October 25, 2019, to file oppositions to dispositive motions.

2. The Parties shall have until Friday, November 8, 2019, to file replies in support of dispositive motions.

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

This request is not being brought for the purpose of delay, but to enable the Parties enough time to properly brief the numerous issues in this matter for this Court.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | AKIN GUMP STRAUSS HAUER & FELD, LLP |
|---|---|
| /s/ Christopher M. Humes | /s/ Eric Field |
| Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>Christopher M. Humes, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: asegal@bhfs.com<br>Email: bcloveland@bhfs.com<br>Email: chumes@bhfs.com | Eric Field, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street N.W.<br>Washington, DC 20006<br>Telephone: (202) 887-4146<br>Facsimile: (202) 887-4288<br>Email: efield@akingump.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: September 27, 2019. | Dated: September 27, 2019. |

**O R D E R**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 30, 2019.