Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiff Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>JB VIVA VEGAS, L.P.,<br><br>Defendant/Counter-Plaintiff. | CASE NO.: 2:19-cv-00499-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 48 |

Plaintiff, Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust (the "Plaintiff/Counter-Defendant or the "Plan"), by and through their undersigned counsel of record, and JB Viva Vegas, L.P. (the "Defendant/Counter-Plaintiff or "JB"), and collectively (the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. This stipulation is made pursuant to LR IA 6-1.

25712831.1

2. On April 26, 2023, the Parties filed a Joint Status Report [ECF No. 45] with a proposed Briefing Schedule as follows:

> Opening Briefs due June 2, 2023.
>
> Response Briefs due June 14, 2023.
>
> Reply Briefs due July 7, 2023.

3. The Parties agree and respectively request that the deadlines be extended as follows:

> Opening Briefs extended to **June 9, 2023.**
>
> Response Briefs extended to **June 21, 2023**
>
> Reply Briefs extended to **July 14, 2023.**

4. Plan Counsel is attending to the rapid onset illness of a close family friend and, as a result, requested a week extension. JB's counsel agreed to extend the courtesy of that extension. This is the first request for an extension of these deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

25712831.1

5. This stipulation is made in good faith and the request is not make in an attempt to delay proceedings.

Dated this 31st day of May, 2023.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Eric Field |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614 | Kelsey E. Stegall<br>Nevada State Bar No. 14279<br>LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway<br>Suite 300<br>Las Vegas, Nevada 89169.5937 |
| *Attorneys for Plaintiff Nevada Resort Association- International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust* | Eric Field (Pro Hac Vice)<br>Lawrence Levien (Pro Hac Vice)<br>Littler Mendelson, P.C.<br>815 Connecticut Ave, NW<br>Washington, D.C. 20006<br><br>*Attorneys for JB Viva Vegas, L.P.* |

**O R D E R**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:  June 2, 2023**

/ / /

/ / /

/ / /

3

25712831.1