Kelsey E. Stegall
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Tel: 702.862.8800
Email: kstegall@littler.com

Eric Field *(Pro Hac Vice)*
Lawrence Levien *(Pro Hac Vice)*
Littler Mendelson, P.C.
815 Connecticut Ave, NW
Washington, D.C.  20006
202.772.2539
EField@littler.com
LLevien@littler.com

*Attorneys for JB Viva Vegas, L.P.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NEVADA RESORT ASSOCIATION- IATSE LOCAL 720 PENSION TRUST

  Plaintiffs/Counter-Defendants,

  v.

JB VIVA VEGAS, L.P.

  Defendant/Counter-Plaintiff.

CASE NO.: 2:19-cv-00499-JAD-~~DJA~~ VCF

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule IA 11-6(c), undersigned counsel stipulate and agree to substitute Kelsey E. Stegall of the law firm of Littler Mendelson, P.C., as local counsel of record for

/ / /

/ / /

/ / /

1

Defendant / Counter-Plaintiff JB VIVA VEGAS, LP in the place of counsel Mark J. Ricciardi of the law firm Fisher Phillips.

Dated this 8th day of June, 2023.

JB VIVA VEGAS, LP

By: *[signature]*

Print: Edward Strong

Title: General Partner

I consent to the above substitution.

Dated this ____ day of May, 2023.

FISHER PHILLIPS

see following page
MARK J. RICCIARDI, ESQ.

*Attorney for Defendant / Counter-Plaintiff*
JB VIVA VEGAS, LP

I am duly admitted to practice in this District and accept the above substitution.

Dated this ____ day of June, 2023.       LITTLER MENDELSON, P.C.

see following page
KELSEY E. STEGALL, ESQ.

*Attorney for Defendant / Counter-Plaintiff*
JB VIVA VEGAS, LP

## ORDER

Having reviewed and approved the Substitution of Attorney, IT IS HEREBY GRANTED.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE

2

Defendant / Counter-Plaintiff JB VIVA VEGAS, LP in the place of counsel Mark J. Ricciardi of the law firm Fisher Phillips.

Dated this _____ day of May, 2023.

JB VIVA VEGAS, LP

By: __see page above_____

Print:_____

Title:_____

    I consent to the above substitution.

Dated this __19__ day of May, 2023.

                                  FISHER PHILLIPS

                                  */s/ Mark J. Ricciardi*

                                  MARK J. RICCIARDI, ESQ.

                                  *Attorney for Defendant / Counter-Plaintiff*
                                  JB VIVA VEGAS, LP

I am duly admitted to practice in this District and accept the above substitution.

   Dated this 8th day of June, 2023.            LITTLER MENDELSON, P.C.

                                  */s/ Kelsey Stegall*
                                  KELSEY E. STEGALL, ESQ.

                                  *Attorney for Defendant / Counter-Plaintiff*
                                  JB VIVA VEGAS, LP

**ORDER**

    Having reviewed and approved the Substitution of Attorney, IT IS HEREBY GRANTED.

Dated: 6-8-2023

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE