Kelsey E. Stegall
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Tel: 702.862.8800
Email: kstegall@littler.com

Eric Field *(Pro Hac Vice)*
Lawrence Levien *(Pro Hac Vice)*
Littler Mendelson, P.C.
815 Connecticut Ave, NW
Washington, D.C. 20006
202.772.2539
EField@littler.com
LLevien@littler.com

*Attorneys for JB Viva Vegas, L.P.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESORT ASSOCIATION- IATSE LOCAL 720 PENSION TRUST<br><br>PLAINTIFFS/COUNTER-DEFENDANTS,<br><br>v.<br><br>JB VIVA VEGAS, L.P.<br><br>DEFENDANT/COUNTER-PLAINTIFF. | CASE NO.: 2:19-cv-00499-JAD-DJA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant JB Viva Vegas, L.P., appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 1st day of April, 2024 (District Court's ECF No. 63), and the decision upon which the final Judgment is based entered and filed on the 29th day of March, 2024, granting in part, and denying in part,

Plaintiff's Motion for Summary Judgment, and denying Defendant's Motion for Summary Judgment. (District Court's ECF No. 62).

Date:   April 29, 2024                           Respectfully Submitted,

                                                 *Counsel for JB Viva Vegas, L.P.*

                                                 Littler Mendelson, P.C.

                                                 By: /s/ Kelsey E. Stegall
                                                         Kelsey E. Stegall

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was electronically filed using the Court's CM/ECF System on April 29, 2024 which will send electronic notification of this filing on all counsel of record.

By: /s/ Kelsey E. Stegall
Kelsey E. Stegall

.