Adam P. Segal, Esq., Nevada Bar No. 6120
Christopher M. Humes, Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JB VIVA VEGAS, L.P.,<br><br>Defendant. | CASE NO.:  2:19-cv-00499-JAD-VCF<br><br>**NOTICE OF CROSS APPEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

28354343.1

1  Please take notice that Plaintiff, Nevada Resorts Association – International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust (the "Plan"), by and through its attorneys of record at Brownstein Hyatt Farber Schreck, LLP, respectfully cross-appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment (ECF No. 62) (the "Order") entered in this action on March 29, 2024, and the Judgment in a Civil Case (ECF No. 63), entered based on the Order on April 1, 2024.

Dated May 7, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiff Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust*

28354343.1

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on May 7, 2024, I served a true copy of the foregoing **NOTICE OF CROSS APPEAL** upon:

Kelsey Stegall, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702)862-8800
Facsimile: (702) 862-8811
Email: kstegall@littler.com

Lawrence Levien, Esq.
Eric Field, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4146
Facsimile: (202) 887-4288
Email: efield@akingump.com
       llevien@akingump.com

*Attorneys for Defendant / Counter-Claimant*

☒ **BY CM/ECF System**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

3

28354343.1