Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiff Nevada Resort Association-
International Alliance of Theatrical Stage Employees
and Moving Picture Machine Operators of the United
States and Canada Local 720 Pension Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>JB VIVA VEGAS, L.P.,<br><br>Defendant/Counter-Claimant. | CASE NO.:  2:19-cv-00499-JAD-VCF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)   ECF No. 77** |

Plaintiff, Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust (the "Plan"), by and through their undersigned counsel of record, and JB Viva Vegas, L.P. ("JB") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.      This stipulation is made pursuant to LR IA 6-1.

/ / /

/ / /

1

50919013.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2. On February 10, 2026, the Court granted the Parties' Amended Request for Briefing Schedule [ECF No. 73] with a proposed Briefing Schedule as follows:

Oppositions: March 30, 2026.

Replies: April 13, 2026.

3. The Parties agree and respectively request that the deadlines be extended as follows:

Oppositions extended to **April 6, 2026.**

Replies extended to **April 20, 2026.**

4. Plan counsel had unexpected family obligations arise and, as a result, requested a week extension. JB's counsel graciously extended the courtesy of that extension. This is the first request for an extension of these deadlines.

5. This stipulation is made in good faith and the request is not make in an attempt to delay proceedings.

Dated this 23rd day of March, 2026.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Eric Field |
| Adam P. Segal, Esq. | Kelsey E. Stegall |
| Nevada Bar No. 6120 | Nevada State Bar No. 14279 |
| Christopher M. Humes, Esq. | LITTLER MENDELSON, P.C. |
| Nevada Bar No. 12782 | 3960 Howard Hughes Parkway |
| 100 North City Parkway, Suite 1600 | Suite 300 |
| Las Vegas, Nevada 89106-4614 | Las Vegas, Nevada 89169.5937 |
| | |
| *Attorneys for Plaintiff Nevada Resort Association- International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust* | Eric Field (Pro Hac Vice) |
| | Lawrence Levien (Pro Hac Vice) |
| | Littler Mendelson, P.C. |
| | 815 Connecticut Ave, NW |
| | Washington, D.C. 20006 |
| | |
| | *Attorneys for Defendants JB Viva Vegas, L.P.* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 25, 2026

2

50919013.1